GOUVERNEUR S. BIBBY and wife *v.* SAMUEL L. GOUVER-
NEUR *et al.*

Where a resale is ordered and that the defaulting buyer make up any defi-
ciency, he will not be let up merely on account of a variation of the ori-
ginal terms of sale in regard tó the per centage of deposit—especially
where he attends on the resale and is a bidder.

MASTER'S sale of mortgaged premises, at which the de-      *Sept.* 11,
fendant Samuel L. Gouverneur bid off the property at seven-      1844.
teen thousand four hundred dollars ; but he made default in      *Sale.*
regard to completing his purchase.   An order was made on      *Resale.*
default for a resale and that he make good the deficiency.      *Practice.*
At the ultimate sale, T. Cadwallader bought the property
for fifteen thousand five hundred dollars.   By the conditions
of the first sale a deposit of seven and a half per cent. was
to be made ; while by those of the last sale, the deposit was
to be two per cent.   A motion was made to open the order
taken by default on such equitable terms as the court might
see fit to grant.   An affidavit in support of the motion was
made by Mr. Van Cott on behalf of his client Gouverneur.
That the latter was now absent from the state and did not
know, when the order against him was made, that the terms
of sale were in any way changed.

It appeared that he attended on the resale and bid.

Mr. *J. M. Van Cott*, for the motion.

Mr. *James Humphrey*, in opposition.

THE VICE-CHANCELLOR :—There is no sufficient ground
for relieving the defendant from the liability imposed upon
him.   He has brought it upon himself by his own acts and
acquiescence in the resale on his account.   His personal at-
tendance and bidding for the property at the resale without
objection as to the terms is to be taken as a waiver of all
objection on that score.

His present motion must be denied, with costs to be taxed.